IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT JOE STRANGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-19-391-R |
| | ) | |
| R.C. SMITH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2241, seeing a writ of habeas corpus. In lieu of payment of the $5.00 filing fee, Petitioner filed an application for leave to proceed in forma pauperis. On May 28, 2019, United States Magistrate Judge Gary M. Purcell, to whom the case had been referred for preliminary review, issued a Report and Recommendation [Doc. 7], wherein he recommended that Petitioner's application for leave to proceed in forma pauperis be denied because Petitioner has sufficient resources to pay the $5.00 filing fee. The record reflects that Petitioner has not filed a timely objection to the Report and Recommendation, nor sought an extension of time in which to respond. Accordingly, the Court hereby ADOPTS the Report and Recommendation, DENIES the application for leave to proceed in forma pauperis, and ORDERS Petitioner to submit the $5.00 payment no later than July 24, 2019. Failure to tender payment will result in dismissal without prejudice, without additional notice.

IT IS SO ORDERED this 24th day of June 2019.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE